# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE:

CONTIFINANCIAL CORPORATION,

     **DEBTOR**

)
) Case No. 00-12184-00 thru 00-12203
)  (Chapter 7)
)
)

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

    On the application of UBS AG (the "Claimant") a claimant in the captioned case for

an order directing payment of funds held in the registry of the Court, in accordance with 28 U.S.C.

§ 2041 et. seq., it is hereby ordered that the clerk shall pay UBS AG the sum of  $40,739.85 c/o

American Property Locators, Inc., J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond,

OK 73013) attached to the application.

    Dated this **23rd** day of **December**, 2008.



        Stuart M. Bernstein
        ————————————————
        United States Bankruptcy Judge

CC:
J. Armstrong Duffield-APL
3855 S. Boulevard, Suite 200
Edmond, OK 73013