# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---------------------------------x

**In re:**

CONTIFINANCIAL CORPORATION, et al.,

      Reorganized Debtors.

---------------------------------x

Case No.  00 B 12184 [AJG]

***ORDER DIRECTING PAYMENT***

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that (Name) __Highwoods Realty Limited Partnership__ is entitled to an unclaimed dividend in the amount of $ __5,582.20__ .

**NOW** it is

**ORDERED**, that the United States Treasury, by check, pay to

(Name) __Highwoods Realty Limited Partnership__

in the amount of $ __5,582.20__ as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

March 31, 2009

S/STUART M. BERNSTEIN
United States Bankruptcy Judge