UNITED STATES BANKRUPTCY COURT
Southern District of New York

――――――――――――――――――――――X
In re

CONTIFINANCIAL CORPORATION, et al.

Debtor

――――――――――――――――――――――X

Case No.: 00-12184
ORDER DIRECTING PAYMENT
Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Credit Suisse is entitled to an unclaimed dividend in the amount of $101,097.65.

NOW it is

ORDERED, that the United States Treasury, by check, pay to Credit Suisse *located at 11 Madison Avenue, NY, NY 10010-3629* in the amount of $101,097.65 as such person's unclaimed dividend from FUND 6047BK/6133BK.

DATED: NEW YORK, NEW YORK

*May 29, 2009*

S/ STUART M. BERNSTEIN
United States Bankruptcy Judge